FRIEDA R. BRODSKY *v.* PHILIP BRODSKY

The motion by the plaintiff to dismiss the appeal from the Superior Court in Fairfield County is denied.

The motion by Robert K. Lesser to withdraw his appearance for the defendant in the appeal from the Superior Court in Fairfield County is granted.

*Ralph S. Kantrowitz,* for the appellee (plaintiff).

*Daniel D. McDonald,* for the appellant (defendant).

Argued November 2—decided November 2, 1965

ARTHUR L. FAUBEL ET AL. *v.* ZONING COMMISSION OF THE TOWN OF RIDGEFIELD ET AL.

The motion by the plaintiffs to dismiss the appeal from the Court of Common Pleas in Fairfield County is denied.

*J. Harold Merrick,* for the appellees (plaintiffs).

*A. Searle Pinney,* for the appellant (defendant commission).

Argued November 2—decided November 2, 1965

RICHARD SUSSMAN *v.* RIVERBANK MOTORS CORPORATION ET AL.

The motion by the plaintiff to dismiss the appeal from the Superior Court in Fairfield County at Stamford is denied.

*John A. Oliva,* for the appellee (plaintiff).

*Julius B. Kuriansky,* for the appellant (defendant).

Argued November 2—decided November 2, 1965